**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jane Doe, et al.,

       Plaintiffs,                        Civil No. 08-1198 (RHK/AJB)

vs.                                **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Dr. Al Tsai, et al.,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 7, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge