## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe through next friend, P.T., and P.T. for herself, and N.T. for herself and as next friend of John Doe, | Case No. 08-CV-1198 DWF/AJB |
| Plaintiffs, | **AFFIDAVIT OF KATHERINE A. MCBRIDE** |
| v. | |
| Dr. Albert Tsai, Sherrie Murphy, R.N., Sgt. Chris Pickhardt, Laura Hauser, Marjorie Hogan, HCMC, and John Does 1-3. | |
| Defendants. | |

**STATE OF MINNESOTA** )
            )ss:
**COUNTY OF HENNEPIN** )

**Katherine A. McBride**, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys representing Defendants Albert Tsai, M.D. and Marjorie Hogan, M.D., in the above-entitled action.

2. Attached is a true and correct copy of the attorneys' fees and costs that my clients have incurred in responding to plaintiffs' motion to vacate, which was originally filed and served on January 16, 2012, and in responding to

- 2 -

correspondence from Jill Clark and the Court since the February 14, 2012 filing of their joint motion for sanctions.

This concludes my affidavit.

s/ Katherine A. McBride<br>
Katherine A. McBride

Subscribed and sworn to before me
this 1st day of October, 2012.
s/Robyn E. Setzer
Robyn E. Setzer
Notary Public - Minnesota
My Commission Expires Jan. 31, 2015
8647603.1